# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JENNIFER JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-005 |
| | ) | |
| MAYOR EDWARD REYNOLDS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Jennifer Johnson alleges that her civil rights have been violated by various municipal officials of the City of Bainbridge, Georgia; judges, retired judges, and court personnel in Decatur County, Georgia; and Decatur County Sheriff Wiley Griffin. *See* doc. 1 at 5-6. She is incarcerated at Pulaski State Prison in Hawkinsville, Georgia. *Id.* at 3, 5. Because all of her claims arise from events that transpired in the Middle District of Georgia, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts).

Accordingly, this case is transferred to the Middle District of Georgia for all further proceedings.

**SO ORDERED,** this 9th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA